**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CAUSE NO.: 2:13-CR-47-RL-JEM |
| ) | |
| SIMMUEL LAMONT MOBLEY, ) | |
| Defendant. ) | |

**FINDINGS AND RECOMMENDATION OF THE MAGISTRATE JUDGE**
**UPON A SUPERVISED RELEASE REVOCATION HEARING**

TO:   THE HONORABLE RUDY LOZANO,
       UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF INDIANA

On February 22, 2018, the United States Government appeared by counsel Assistant United States Attorney Thomas M. McGrath. Defendant Simmuel Lamont Mobley appeared in person and by counsel Jerome T. Flynn and in the custody of the United States Marshal. United States Probation Officer Nicholas Macker also appeared.

A Supervised Release Revocation Hearing was held. The Court received evidence and comments.

Based upon the record of proceedings the Court makes this Report and Recommendation.

On October 2, 2013, Defendant Simmuel Lamont Mobley pled guilty to the Count I charge in the Indictment (knowingly possessing a firearm after having been convicted of a felony offense).

On January 22, 2014, Judge Rudy Lozano originally sentenced Defendant Simmuel Lamont Mobley to 30 months imprisonment and 2 years of supervised release subject to specified written terms and conditions.

On September 8, 2017, the Government filed a Petition alleging that Defendant violated the terms and conditions of his supervised release. [DE 36]. On September 8, 2017, an arrest warrant was issued. On September 20, 2017, Defendant Simmuel Lamont Mobley was arrested, and an initial appearance was held.

On January 18, 2018, Defendant Simmuel Lamont Mobley, by counsel, filed a Motion to Transfer Case to Magistrate Judge.

On January 31, 2018, Judge Rudy Lozano granted Defendant's Motion to Transfer Case and issued an Order Referring Case for a Report and Recommendation for the undersigned Magistrate Judge to conduct the Supervised Release Revocation Hearing, to recommend modification, revocation, or termination of the supervised release in this case, and to submit proposed findings and recommendations pursuant to 18 U.S.C. §§ 3401(i) and 3583(e), and Federal Rule of Criminal Procedure 32.1.

On February 5, 2018, the U.S. Probation Office filed a Summary Report of Violations. [DE 51].

As a result of the February 22, 2018, Supervised Release Revocation Hearing, the undersigned Magistrate Judge **FINDS** that:

1. Defendant Simmuel Lamont Mobley has been advised of his right to remain silent, his right to counsel, his right to be advised of the charges against him, his right to a contested Supervised Release Revocation Hearing, and his rights in connection with such a hearing;

2. Defendant Simmuel Lamont Mobley understands the proceedings, the allegations, and his rights;

3. Defendant Simmuel Lamont Mobley knowingly and voluntarily admitted that he committed violations to Standard Condition No. 3, Standard Condition No. 6, and Standard Condition No. 11, as set forth in Summary Report of Violations [DE 51], and that those allegations are true;

4. Counsel for the Government moved to dismiss the Violations of a Mandatory Condition set forth in the Summary Report of Violations;

5. The admitted violations are Grade C violations, the Defendant's criminal history category is III, the advisory guideline range is 5 to 11 months for the Grade C violations, and the statutory maximum sentence that may be imposed is 24 months imprisonment;

The undersigned Magistrate Judge **RECOMMENDS** to Judge Rudy Lozano that:

A. Defendant Simmuel Lamont Mobley be adjudged to have committed the Violations of Standard Conditions No. 3, 6, and 11 described in the Petition of September 8, 2017 [DE 36];

B. The Violations of a Mandatory Condition be dismissed;

C. The supervised release of Defendant Simmuel Lamont Mobley be revoked;

D. Defendant Simmuel Lamont Mobley be ordered committed to the United States Bureau of Prisons forthwith to serve 7 months of incarceration therein; and

E. After successful completion of the additional term of imprisonment, Defendant Simmuel Lamont Mobley not continue on supervised release.

Defendant Simmuel Lamont Mobley and the Government have knowingly waived objections to these Findings and Recommendation under 28 U.S.C. § 636(b)(1).

SO ORDERED this 23rd day of February, 2018.

s/ John E. Martin
MAGISTRATE JUDGE JOHN E. MARTIN
UNITED STATES DISTRICT COURT

cc: All counsel of record