# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NO. 2:13-cr-00047 |
| ) | |
| SIMMUEL LAMONT MOBLEY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on the Findings and Recommendation of the Magistrate Judge Upon a Supervised Release Revocation Hearing, filed on February 23, 2018 (DE #53). Defendant Mobley and the Government have "knowingly waived objections to these Findings and Recommendation under 28 U.S.C. § 636(b)(1)." (DE #53). Additionally, more than 14 days have passed and no party has filed any objection to the Report and Recommendation. *See Willis v. Caterpillar, Inc.*, 199 F.3d 902, 904 (7th Cir. 1999) (explaining that the failure to file a timely objection will result in the waiver of the right to challenge a report and recommendation).

Therefore, upon due consideration, the court hereby **ADOPTS** the Findings and Recommendation (DE #53). Defendant, Simmuel Lamont Mobley, is **ADJUDGED** to have committed the Violations of Standard

Conditions No. 3, 6, and 11 as described in the Petition of September 8, 2017 (DE #36). Defendant Mobley's term of supervised release is **REVOKED**. Defendant Mobley is hereby **ORDERED** committed to the United States Bureau of Prisons forthwith to serve 7 months of incarceration therein. After successful completion of the additional term of imprisonment and upon his release from the Bureau of Prisons, Defendant Mobley will not continue on supervised release.

**DATED: March 12, 2018**          /s/ RUDY LOZANO, Judge
                                   **United States District Court**